UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA FEBRIANTI,

Plaintiff,

-against-

MTA NYC TRANSIT, et al.,

Defendants.

25-CV-7994 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 7, 2025, Plaintiff, who is proceeding *pro se* and *in forma pauperis*, submitted a 34-page document that was filed as an amended complaint. (ECF 8.) In fact, the document can be understood as four separately captioned complaints, including the following: (1) a complaint against Defendants State of New York and "MTA NYC Transit" for denials of service in Brooklyn, New York, in April and September 2025 (ECF 8, at 1-12, 32-33); (2) a complaint against "NYC DOT Staten Island Ferry" based on a canine search on June 23-24, 2025 (ECF 8, at 13-18); (3) a complaint against the "State of New York and New Jersey Port Authority" arising from an interaction with a bathroom attendant on November 7, 2024, at the 42nd Street bus terminal (ECF 8, at 19-24, 33); and (4) a complaint against the "State of New York and New Jersey PAPD (Port Authority) Police Department" regarding Plaintiff's removal in January and February 2025, from the bus terminal after midnight (ECF 8, at 25-31). Accordingly, because these appear to be separate complaints against different defendants arising from unrelated incidents, the Court directs the Clerk of Court to open three new civil actions with the complaints included within the Amended Complaint (ECF 8).

## CONCLUSION

The Court directs the Clerk of Court to retain, under this docket number 25-CV-7994 (LTS), the amended complaint against Defendants State of New York and "MTA NYC Transit" with the documents at ECF 8, at 1-12, 32-33. The Clerk of Court is directed to terminate from this action all other defendants.

The Clerk of Court is further directed to open three new civil actions as follows: (1) an action against "NYC DOT Staten Island Ferry," treating the submission at ECF 8, pages 13-18, as the complaint; (2) an action against the "State of New York and New Jersey Port Authority," treating the submission at ECF 8, at pages 19-24, and 33 as the complaint; and (3) an action against the "State of New York and New Jersey PAPD (Port Authority) Police Department," treating the submission at ECF 8, at pages 25-31 as the complaint. The Pro Se Consent To Receive Electronic Service (ECF 3) should also be filed in each of the three new actions.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 25, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge